FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

21 MAR -2 PM 12:15

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ KCC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. **A21CR 0481Y** |
| | § | |
| KARL BECK (1) | § | |
| ███████████████ ██ | § | |
| ████████████████████ | § | |
| ████████████ ███████ § | § | |
| CRAIG NEELY (4) | § | |
| BOBBY HALE (5) | § | |
| MICHAEL PETERSON (6) | § | |
| ELIAS LOZA, JR. (7) | § | |
| REGINALD THOMAS (8) | § | |
| STEPHANIE SHIRES (9) | § | |
| ████████████ ██ | § | |
| CLINTON JOHNSON (11) | § | |
| SHAWN MALMQUIST (12) | § | |
| AMY ROGERS (13) | § | |
| ███ ███████ ██ | § | |
| ANTHONY LONES II (15) | § | |
| VICTORIA MANNING (16) | § | |
| ████ ████████ ██ | § | |
| RICHARD ZAMORA (18) | § | |
| ADRIANNE SPENCE (19) | § | |
| ███ ██████ ██ | § | |
| JOSHUA CHERRY (21) | § | |
| JOSHUA BAILEY (22) | § | |
| KRISTYN KILLGORE (23) | § | |
| JAMES ARMOND (24) | § | |
| LEONARD CANTRELL (25) | § | |
| ███ ██████ ██ | § | |
| FOREST ELLINGTON (27) | § | |
| DAYLIN LOPEZ-IGLESIAS (28) | § | |
| HALLIE SHAW (29) | § | |
| ████ █████████████ ███ | § | |
| RITA ISLAS (31) | § | |

MADISON MITCHELL (32)                §
HILDA GUTIERREZ-BENITEZ (33)         §

Defendants.

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
**Conspiracy to Possess with Intent to Distribute and Distribution
of a Controlled Substance, Methamphetamine
(Violation of 21 U.S.C. § 846)**

1.  Beginning on or about August 1, 2019, and continuing through March 2, 2021, in the

Western District of Texas and elsewhere, **KARL BECK,** ███████████████████████,

███████████████████████, ██ ████████ ████████████, **CRAIG**

**NEELY, BOBBY HALE, MICHAEL PETERSON, ELIAS LOZA, JR., REGINALD**

**THOMAS, STEPHANIE SHIRES,** ██████████████, **CLINTON JOHNSON,**

**SHAWN MALMQUIST, AMY ROGERS,** ██████████████, **ANTHONY LONES II,**

**VICTORIA MANNING,** ██████████████, **RICHARD ZAMORA, ADRIANNE**

**SPENCE,** ████████, **JOSHUA CHERRY, JOSHUA BAILEY, KRISTYN**

**KILLGORE, JAMES ARMOND, LEONARD CANTRELL,** █████████████,

**FORREST ELLINGTON, DAYLIN LOPEZ-IGLESIAS, HALLIE SHAW,** ████████

██████████████, **RITA ISLAS, MADISON MITCHELL,** and **HILDA**

**GUTIERREZ-BENITEZ,** defendants, did intentionally and knowingly combine, conspire,

confederate, and agree together and with each other, and with other persons known and unknown

to the Grand Jury, to possess with intent to distribute and distribute methamphetamine, a

Schedule II controlled substance.

<u>QUANTITY OF METHAMPHETAMINE INVOLVED IN COUNT ONE OF THE
CONSPIRACY</u>

2.  With respect to **KARL BECK,** ██████████████████████ ██████████,

██████████████, ██████████████████████, **MICHAEL PETERSON,**

Indictment – Page 3

**ELIAS LOZA, JR., BOBBY HALE, CRAIG NEELY, and REGINALD THOMAS,** their conduct as members of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846, the penalty for which is found at 21 U.S.C. § 841(b)(1)(A).

3.      With respect to **STEPHANIE SHIRES,** ███████████, **CLINTON JOHNSON, SHAWN MALMQUIST, AMY ROGERS,** ███████, **ANTHONY LONES II, VICTORIA MANNING,** ████████████, **RICHARD ZAMORA, ADRIANNE SPENCE,** ███████████, **JOSHUA CHERRY, JOSHUA BAILEY, KRISTYN KILLGORE, JAMES ARMOND, LEONARD CANTRELL,** ████████ ████████, **FORREST ELLINGTON, DAYLIN LOPEZ-IGLESIAS, HALLIE SHAW,** ████████████████, **RITA ISLAS, MADISON MITCHELL, and HILDA GUTIERREZ-BENITEZ,** their conduct as members of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846, the penalty for which is found at 21 U.S.C. § 841(b)(1)(B).

**COUNT TWO**
**Money Laundering**
**(Violation of 18 U.S.C. § 1956)**

4.      Beginning on or about August 1, 2019, and continuing through March 2, 2021, in the Western District of Texas and elsewhere, **KARL BECK,** ████████ ███████████,

██████████████████████, ██████████████████████, CRAIG

NEELY, BOBBY HALE, ██████ ████████████████, RICHARD ZAMORA,

MADISON MITCHELL, and RITA ISLAS, defendants, and others known and unknown to

the Grand Jury, did unlawfully, knowingly and intentionally combine, conspire, confederate and

agree together, and with others known and unknown to the Grand Jury, to commit certain

offenses under 18 U.S.C. §1956, as follows:

     a)  to conduct and attempt to conduct financial transactions affecting interstate and

foreign commerce that involved property which was the proceeds of specified unlawful activity,

to wit, unlawful possession with intent to distribute a controlled substance, methampethamine,

with the intent to promote the carrying on of said specified unlawful activity in violation of 18

U.S.C. § 1956(a)(1)(A)(i); and

     b)  to conduct and attempt to conduct financial transactions affecting interstate and

foreign commerce that involved property which was the proceeds of specified unlawful activity,

to wit, unlawful possession with intent to distribute a controlled substance, methampethamine,

with the intent to conceal or disguise the nature, the location, the source, the ownership, or the

control of the proceeds of said specified unlawful activity in violation of 18 U.S.C. §

1956(a)(1)(B)(i).

     In violation of 18 U.S.C. § 1956(h), the penalty for which is found at 18 U.S.C. §

1956(a)(1).

Indictment – Page 5

A TRUE BILL

FOR

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

ASHLEY C. HOFF
UNITED STATES ATTORNEY

DANIEL D. GUESS
Assistant United States Attorney

Indictment – Page 6