IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>(1) KARL BECK,<br>(4) CRAIG NEELY,<br>(5) BOBBY HALE,<br>(6) MICHAEL PETERSON,<br>(7) ELIAS LOZA JR.,<br>(8) REGINALD THOMAS,<br>(9) STEPHANIE SHIRES,<br>(11) CLINTON JOHNSON,<br>(12) SHAWN MALMQUIST,<br>(13) AMY ROGERS,<br>(15) ANTHONY LONES, II,<br>(16) VICTORIA MANNING,<br>(17) LAUREL YURCHICK,<br>(18) RICHARD ZAMORA,<br>(19) ADRIANNE SPENCE,<br>(21) JOSHUA CHERRY,<br>(22) JOSHUA BAILEY,<br>(23) KRISTYN KILLGORE,<br>(24) JAMES ARMOND,<br>(25) LEONARD CANTRELL,<br>(27) FOREST ELLINGTON,<br>(28) DAYLIN LOPEZ-IGLESIAS,<br>(29) HALLIE SHAW,<br>(31) RITA ISLAS,<br>(32) MADISON MITCHELL,<br>(33) HILDA GUTIERREZ-BENITEZ, | CRIMINAL NO.: 1:21-CR-00048-LY |

## ORDER

IT IS ORDERED that the above entitled and numbered case is set for HEARING ON Defendant Bobby Hale's Motion for Extension of Time to File Pretrial Motions (Doc.# 392) filed May 4, 2021, Defendant Elias Loza, Jr.'s Unopposed Motion to Continue Pre-trial Motion Deadlines (Doc.# 391) filed May 3, 2021, Defendant Joshua Bailey's Unopposed Motion to Continue (Doc. #387) filed May 3, 2021, and Defendant Daylin Lopez-Iglesias (Doc. #388) filed

May 3, 2021 in Courtroom No. 7, on the Seventh Floor, United States Courthouse, 501 West Fifth Street, Austin, Texas on **May 21, 2021 at 9:30 AM.**

An attorney for each defendant is required to appear, even if that defendant has not filed a motion. No defendant need personally appear, but may.

SIGNED this _10th_ day of May, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE